### JUDGMENTS—EXECUTION—LIEN—PRIORITY—SECTION 5415.

Circuit Court of Hamilton County.

HUMPHREYS v. SCHLENK ET AL.

Decided, June 26, 1909.

Where the levying of execution on a judgment is delayed for more than one year, the judgment creditor while retaining his lien loses his priority to a subsequent judgment under which execution was levied upon the land of the debtor within one year.

*Morison R. Waite*, for plaintiff in error.
*Owen N. Kinney*, for defendant in error.

SWING, J.; GIFFEN, P. J., and SMITH, J., concur.

This is a question as to priority of liens.  Schlenk's judgment is prior in time and is a lien on the lands in controversy, but not having been levied on the lands of the debtor within one year from the time of the rendition of the judgment under the provisions of Section 5415, it lost its priority to the judgment of Humphrey's, which was rendered subsequent and which was levied on the lands in question.  3 O., 135-6; 2 O. S., 36; 7 C. C., 285.